# Court of Appeals
# of the State of Georgia

ATLANTA,　October 18, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0268.  RONALD LEE CRAIG v. THE STATE.**

Ronald Lee Craig moved for reconsideration of an order revoking his probation, arguing that the warrant for his arrest had been improperly executed.  The trial court denied the motion, and Craig appealed.[1]

Because the underlying subject matter of Craig's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998); see also *Cauldwell v. State*, 211 Ga. App. 417 (439 SE2d 90) (1993). His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/18/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Craig appealed to the Supreme Court, which transferred the case here.